## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KENT W. GAIN, SR.,**

     **Plaintiff,**

**v.**                             **Case No. 8:18-cv-1389- AAS**

**ANDREW SAUL,**
**Commissioner,**
**Social Security Administration,**

     **Defendant.**
_____/

## ORDER

Kent W. Gain, Sr., moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 25). The Commissioner does not oppose the motion. (*Id.* at pp. 2-3). Mr. Gain requests $6,547.46 in attorney's fees. The EAJA permits awards for reasonable attorney's fees and expenses to a prevailing party against the United States. 28 U.S.C. § 2412.

A February 6, 2019 order remanded the case to the Commissioner under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 21). The Clerk entered judgment in favor of Mr. Gain. (Doc. 22). Mr. Gain now requests an award of attorney's fees under the EAJA. (Doc. 25).

1

The Commissioner does not contest the following: Mr. Gain is the prevailing party; Mr. Gain's net worth was less than $2 million when he filed his complaint; the Commissioner's position was not substantially justified; no special circumstances make an attorney's fees award unjust; and Mr. Gain's attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Gain is entitled to $6,547.46 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following this order, the United States Department of the Treasury will determine whether Mr. Gain owes a debt to the United States. Mr. Gain assigned his rights to EAJA fees to his attorney. (Doc. 25, pp. 6-7). If Mr. Gain has no federal debt, the United States will accept his assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, Mr. Gain's motion for attorney's fees under the EAJA (Doc. 25) is **GRANTED**. Mr. Gain is awarded **$6,547.46** in attorney's fees.

**ORDERED** in Tampa, Florida on April 26, 2021.

AMANDA ARNOLD SANSONE
United States Magistrate Judge